# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138531

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                               SC: 138531
                                               COA: 287124
                                               Oakland CC: 2004-198499-FC

ANDRE STALLWORTH,
       Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the February 18, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

d0831

_____
Clerk